Prob 12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | RICHARD ALARCON |
| **Docket Number:** | 1:13CR00190-01 AWI |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | The Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, CA |
| **Original Sentence Date:** | 11/26/2012 |
| **Original Offense:** | 18 USC 3607, Possession of Marijuana<br>(CLASS A MISDEMEANOR) |
| **Original Sentence:** | 12 months probation. |
| **Special Conditions:** | 1) Drug/alcohol treatment; 3) Drug/alcohol testing. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 04/03/2013 |
| **Assistant U.S. Attorney:** | Unassigned      **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Unassigned      **Telephone:** (559) 487-5561 |

**Other Court Action:**

<u>**04/03/2013:**</u>   Per 18:3607 probation dismissed; conviction entered on 4/2/2013, 12 months probation.

RE:     RICHARD ALARCON
        Docket Number: 1:13cr00190
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall complete no less than 3 hours of unpaid community service per week, as directed by the probation officer. The offender shall pay the fees attendant to participation and placement in this program on a sliding scale as determined by the program. Community service shall conclude on October 25, 2013.

**Justification:** Since commencement of supervision the offender has failed to comply with probation officer directives in regards to cognitive behavioral group attendance. The addition of the above condition serves as a consequence for failing to attend group.


                            Respectfully submitted,

                            /s/ Sarah L. Kirk

                            **SARAH L. KIRK**
                            **United States Probation Officer**
                            Telephone: (559) 499-5701

**DATED:**    July 3, 2013
              Fresno, California
              SLK


**REVIEWED BY:**   /s/ Robert Ramirez
                   **ROBERT A. RAMIREZ**
                   **Supervising United States Probation Officer**

RE:     RICHARD ALARCON
        Docket Number: 1:13cr00190
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

Dated:   July 16, 2013                                      _____
                                                             SENIOR  DISTRICT  JUDGE