Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | RICHARD ALARCON |
| **Docket Number:** | 1:13CR00190-01 AWI |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | The Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, CA |
| **Original Sentence Date:** | 11/26/2012 |
| **Original Offense:** | Eastern District of Virginia, Case Number 12MJ596<br>18 USC 3607, Possession of Marijuana<br>(CLASS A MISDEMEANOR) |
| **Original Sentence:** | 12 months probation. |
| **Special Conditions:** | 1) Drug/alcohol treatment; 3) Drug/alcohol testing. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 04/03/2013 |
| **Assistant U.S. Attorney:** | Unassigned       **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Unassigned       **Telephone:** (559) 487-5561 |

**Other Court Action:**

<u>02/22/2013</u>        Violation Notice to eastern District of Virginia reporting offender submitted three drug tests positive for marijuana.

<u>04/02/2013:</u>        Per 18:3607 probation dismissed; conviction entered on 4/2/2013, 12 months probation.

RE:     **RICHARD ALARCON**
        **Docket Number: 1:13cr00190**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

| | |
|---|---|
| **05/07/2013:** | Transfer of Jurisdiction entered ordering transfer from Easter District of Virginia to Easter District of California. (Case Number 1:13CR00190-01 AWI) |
| **07/03/2013:** | Probation Form 12B, Petition to Modify the Conditions or Term of Supervision With Consent of the Offender, filed with the Court, alleging: 1) Failure to comply with Probation Officer directives in regards to Cognitive Behavioral Group attendance. |
| **07/16/2013:** | Court signed Probation Form 12B ordering conditions to include the offender shall complete no less than 3 hours of unpaid community service per week. |

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall reside at the residential Re-Entry Center-Turning Point for a period of up to 180 days; said placement shall commence at the direction of the probation officer, pursuant to 18 USC 3563(b)(11). The defendant shall not discharge from the program unless given permission from the director of the program or the United States Probation Officer.

**Justification:** On July 26, 2013 the offender reported to the probation office and provided a positive drug screen for marijuana. The offender has previously had multiple positive drug screens resulting in revocation of prejudgement probation. This is a violation of the mandatory condition that he not use any controlled substances.

Since his initial placement on prejudgement probation and the entering of a conviction and placement on 12 months foprmal probation, this offender has been provided multiple opportunities to participate in services, receive support and alter his behavior. The offender has previously reported he recognizes he has a problem with the use of marijuana. On January 22, 2013 , the offender was

RE:     RICHARD ALARCON
        Docket Number: 1:13cr00190
        <u>PETITION TO MODIFY THE CONDITIONS OR TERM
        OF SUPERVISION WITH CONSENT OF THE OFFENDER</u>

referred to Turning Point of California for drug and alcohol treatment and testing after the initial use of marijuana, he failed to follow through with treatment and continued his pattern of negative behavior and reported further use of marijuana.  On May 28, 2013, the offender was referred to Moral Reconation Therapy, from which he was terminated on July 1, 2013 due to a lack fo attendance. The offender has received multiple opportunities to alter his behavior and refrain from the use of marijuana.

Due to this unwillingness to participate in treatment and continued use of illegal substances, a placement at the residential Re-Entry center (RRC), Turning Point, for a period of up to 180 days appears appropriate to provide a sanction for his continued violation conduct.  Such placement will provide the offender with a more confined environment and will hopefully encourage him to make greater efforts towards leading a drug-free lifestyle.  Such placement will also provide protection to the community, as well as serve as adequate deterrence and punishment for the violations.  It is noted the offender will continue to be subject to random drug testing while at the RRC.

The offender has acknowledged his willingness to modify his conditions by signing a Waiver of hearing to Modify Conditions of Supervised Release, which is attached for the Court's review.

                            Respectfully submitted,

                            /s/ Sarah L. Kirk

                            **SARAH L. KIRK**
                            **United States Probation Officer**
                            Telephone:  (559) 499-5701

**DATED:**      August 6 2013
                Fresno, California
                SLK


**REVIEWED BY:**    /s/ Robert Ramirez
                    **Robert A. Ramirez**
                    **Supervising United States Probation Officer**

3

Rev. 02/2012
VIOLATION__PETITION (PROB12B)
(MODIFICATION).WPD

RE:   **RICHARD ALARCON**
      **Docket Number: 1:13cr00190**
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**


cc:   United States Probation
      Assistant United States Attorney
      Assistant Federal Defender
      Defendant
      Court File

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

Dated:   October 16, 2013                    _____
                                             SENIOR  DISTRICT  JUDGE